United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENZON INVESTMENT GROUP, CO., LTD.,

Plaintiff,

v.

BIN HUANG, et al.,

Defendants.

Case No.  21-cv-01635-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed.

**IT IS SO ORDERED.**

Dated: July 20, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge